IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: NORMAN E. GAMBLE, : Chapter 13
    a/k/a NORMAN ERWIN GAMBLE, : Case No. 1:15-bk-00045-HWV
                 Debtor : Motion to Convert

## DEBTOR'S STATEMENT REGARDING POST-PETITION PROPERTY, CONTRACTS/LEASES, DEBTS & STATEMENT OF INTENTION

COMES NOW the above-named Debtor and, pursuant to this Honorable Court's Order to Convert Case from Chapter 13 to Chapter 7 dated February 13, 2018, files the following Statement Regarding Post-Petition Property, Contracts/Leases, Debts & Statement of Intention:

1. Debtor has acquired no property since the commencement of his Chapter 13 case on January 8, 2015.

2. Debtor entered into a month-to-month residential lease in December, 2017, whereby Debtor rents his home from Von P. and Kristin L. McGee of 15947 Path Valley Road, Willow Hill, Franklin County, Pennsylvania, 17271, for the sum of $750.00 per month.

3. Debtor has incurred no additional debts since the commencement of his Chapter 13 case on January 8, 2015.

4. Debtor currently has no debts that are secured by property.

Date: Feb. 21, 2018            _____
                                                         Norman E. Gamble