```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 15-00045-HWV
Norman E. Gamble                                                Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1          User: TWilson              Page 1 of 2         Date Rcvd: Feb 27, 2018
                              Form ID: 309A              Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2018.
```
db            +Norman E. Gamble,    16001 Path Valley Road,    Willow Hill, PA 17271-9709
aty           +James Warmbrodt,    701 Market Street Suite 5000,    Philadephia, PA 19106-1541
aty           +John F Goryl,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                Philadelphia, PA 19106-1541
aty           +John W Frey,    Dick Stein Schemel Wine and Frey, LLP,    119 East Baltimore Street,
                Greencastle, PA 17225-1215
aty           +Joshua I Goldman,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                Philadelphia, PA 19106-1541
aty           +Thomas I Puleo,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                Philadelphia, PA 19106-1541
tr            +John P Neblett (Trustee),    PO Box 490,    Reedsville, PA 17084-0490
4591690        COMENITYCB/DENTAL FIRST,    PO BOX 18120,    COLUMBUS, OH 43218
4591692       +KML LAW GROUP PC,    BNY MELLON INDEPENDENCE CENTER,    STE 5000,    701 MARKET ST,
                PHILADELPHIA, PA 19106-1541
4591695       +ORRSTOWN BANK,    PO BOX 250,    SHIPPENSBURG PA 17257-0250
4591696       +STERLING UNITED PORTFOLIO,    925 S SEMORIAN BLVD STE,    WINTER PARK, FL 32792-5313
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: tammy@rbushmanlaw.com Feb 27 2018 19:12:28     Richard L. Bushman,    PO Box 51,
                16767 Path Valley Road,    Spring Run, PA   17262-0051
ust           +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Feb 27 2018 19:12:47     United States Trustee,
                228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
4591688        EDI: BANKAMER.COM Feb 28 2018 01:41:00     BANK OF AMERICA,    PO BOX 982238,
                EL PASO, TX 79998-2238
4591689       +EDI: CHASE.COM Feb 28 2018 01:40:00     CHASE,    PO BOX 15298,    WILMINGTON, DE 19850-5298
4632384        EDI: BL-BECKET.COM Feb 28 2018 01:42:00     Capital One NA,    c/o Becket & Lee, LLP,    POB 3001,
                Malvern, PA 19355-0701
4591691       +EDI: RMSC.COM Feb 28 2018 01:41:00     GE CAPITAL RETAIL BANK,    ATTN BANKRUPTCY DEPT,
                PO BOX 103104,    ROSWELL, GA 30076-9104
4591693        E-mail/Text: camanagement@mtb.com Feb 27 2018 19:12:40     M & T BANK,
                LEGAL DOCUMENT PROCESSING,    1100 WHERLE DRIVE,    WILLIAMSVILLE, NY 14221
4607593        E-mail/Text: camanagement@mtb.com Feb 27 2018 19:12:40     M&T Bank,    P.O. Box 840,
                Buffalo, NY 14240-0840
4591694       +E-mail/Text: bsmith@orrstown.com Feb 27 2018 19:12:41     ORRSTOWN BANK,
                2695 PHILADELPHIA AVE,    CHAMBERSBURG PA 17201-7908
4616239        EDI: Q3G.COM Feb 28 2018 01:49:00     Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                PO Box 788,    Kirkland, WA  98083-0788
                                                                                               TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4591687*      +NORMAN E GAMBLE,    16001 PATH VALLEY ROAD,    WILLOW HILL, PA 17271-9709
4664776*      +Orrstown Bank,    2695 Philadelphia Ave.,    Chambersburg, Pa. 17201-7908
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2018 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              John F Goryl    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              John P Neblett (Trustee)    jpn@neblettlaw.com, pa06@ecfcbis.com
              John W Frey    on behalf of Debtor 1 Norman E. Gamble john@dsslawyers.com,
               emmalee@dsslawyers.com
              Joshua I Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
```
              Richard L. Bushman    on behalf of Debtor 1 Norman E. Gamble tammy@rbushmanlaw.com
              Thomas I Puleo    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8
```

|  | **Information to identify the case:** | | |
|---|---|---|---|
| Debtor 1 | Norman E. Gamble | Social Security number or ITIN | xxx–xx–4863 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | Date case filed in chapter 13 | January 8, 2015 |
| Case number: | 1:15–bk–00045–HWV | Date case converted to chapter 7 | February 13, 2018 |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline        12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Norman E. Gamble | |
| 2. | **All other names used in the last 8 years** | aka Norman Erwin Gamble | |
| 3. | **Address** | 16001 Path Valley Road<br>Willow Hill, PA 17271 | |
| 4. | **Debtor's attorney**<br>Name and address | Richard L. Bushman<br>PO Box 51<br>16767 Path Valley Road<br>Spring Run, PA 17262–0051 | Contact phone 717 349–7657<br><br>Email: tammy@rbushmanlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | John P Neblett (Trustee)<br>PO Box 490<br>Reedsville, PA 17084 | Contact phone 717 667–7185<br><br>Email: jpn@neblettlaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**        page 1

| 6. **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101–1737 | Hours open Monday – Friday 9:00 AM to 4:00 PM Contact phone (717) 901–2800 Date: February 27, 2018 |
|---|---|---|
| 7. **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 20, 2018 at 11:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. *** **Valid photo identification and proof of social security number are required** *** | Location: **Eugene C. Clarke, Jr. Community Center, 235 South Third Street, Lower Level, Room B1, Chambersburg, PA 17201** |
| 8. **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** - if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or - if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** - if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: June 19, 2018** |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**

Case 1:15-bk-00045-HWV   Doc 39   Filed 03/01/18   Entered 03/02/18 00:51:48   Desc Imaged Certificate of Notice   Page 4 of 4